U.S. COURTS

JAN 2 0 2026

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CLERK ROUTING COVER SHEET

### *(Authority-Based; Non-Administrative; Docket-Integrity Notice)*

TO: Clerk of Court
COURT: District Court of the United States for the District of Idaho

RE: Proper Docketing and Immediate Judicial Routing
CASE TYPE: Original Constitutional Habeas Corpus / Quo Warranto
PETITIONER: Courtney Anne Kelton (sui juris)

NOTICE TO THE CLERK OF COURT

This filing package is respectfully presented for immediate docketing and routing to a United States District Judge as an original constitutional habeas corpus proceeding, accompanied by a writ of quo warranto challenging the authority to restrain liberty.

This matter challenges the existence of lawful authority to restrain liberty at all and seeks immediate discharge from unlawful custody. Custody is ongoing and continuous.

*This filing does not submit to administrative jurisdiction and is not offered for discretionary processing.*

EXPRESS CLARIFICATION — NOT AN ADMINISTRATIVE MATTER

This action is not:

- a probation or supervision modification request,

- as a conditions-of-supervision dispute,

- an administrative appeal,

- a civil rights damages action,

- a motion within an existing criminal case, or

- a state-court filing.

Any classification of this filing into the above categories would be inaccurate and would misstate the nature of the proceeding.

REQUIRED DOCKETING AND ROUTING INSTRUCTIONS

To preserve the constitutional posture and integrity of the record, please ensure the following:

1. Docket the Petition as an original habeas corpus action, not as a motion, notice, or ancillary filing.

2. Route the case to a District Judge for the United States on the same business day as docketing, due to the ongoing restraint of liberty.

3. Route the Emergency Motion for Temporary Restraining Order and Preliminary Injunction to a District Judge for the United States with accompanying [PROPOSED] Order Granting Emergency Temporary Restraining Order immediately due to escalation and the real potential for retaliation.

4. Do not recharacterize the filing as administrative, probationary, civil-rights, or conditions-based in nature.

5. Preserve the exact filing date and time for all documents presented together as a single packet.

6. Associate the [PROPOSED] ORDER FOR IMMEDIATE DISCHARGE with the Petition upon docketing.

These instructions are provided solely to ensure accurate administrative handling and correct judicial routing.


DOCUMENTS PRESENTED IN THIS PACKET

1. Petition for Writ of Habeas Corpus and Writ of Quo Warranto

2. Exhibits and supporting records

3. Structural Defect Summary

4. [PROPOSED] Order for Immediate Discharge from Unlawful Custody

5. Emergency Motion for Temporary Restraining Order and Preliminary Injunction

6. [PROPOSED] Order Granting Emergency Temporary Restraining Order

7. Clerk Routing Cover Sheet (this document)

Each document is interdependent and intended to be reviewed together.

RECORD-INTEGRITY NOTICE

Because this filing challenges ongoing restraint of liberty, accuracy in docketing and immediate judicial routing are essential. Misclassification or delay may materially affect constitutional rights. This notice is provided to ensure administrative accuracy only and does not request discretionary action.

NOTICE OF FILING METHOD AND LIMITED ELECTRONIC DOCKET ACCESS

*(Certified Mail; Non-Waiver; Record Continuity)*

This filing package is transmitted to the Clerk of Court via Certified First-Class Mail number 9589 0710 5270 1110 8760 70, with USPS Form PS 3811 (Return Receipt Requested) number 9590 9402 8824 4005 7604 53 attached, consistent with instructions provided by the Clerk's Office by telephone. This method is employed solely to ensure verified delivery and record integrity in a matter involving ongoing restraint of liberty. Use of certified mail does not constitute consent to administrative jurisdiction, waiver of rights, or submission to any non-constitutional process.

Petitioner is registered with PACER and provides this notice solely to ensure continuity of the record and the ability to receive electronic notice of filings and orders and to file responsive papers if expressly directed by the Court after initial docketing. Because the initial filing is made by certified mail pursuant to Clerk instruction, limited access to the Court's electronic filing system may be necessary following docketing for purposes of receiving NEFs, accessing the docket, and filing any court-directed response.

This notice is provided for record continuity only and shall not be construed as consent to jurisdiction, waiver of rights, or submission to administrative process beyond what is strictly necessary to receive notice and comply with any judicial directive. All rights are expressly reserved.

Respectfully presented,

Courtney Anne Kelton
Petitioner, sui juris
Date: January 16, 2026
540A MacGregor Road
Belgrade, Montana 59714
(406) 422-3858
c.k.estateandtrust@proton.me