IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF IDAHO

Ex parte:
Courtney Anne Kelton,
Petitioner.

### [PROPOSED] ORDER FOR IMMEDIATE DISCHARGE FROM UNLAWFUL CUSTODY

Upon consideration of the Petition for Writ of Habeas Corpus and Writ of Quo Warranto, the undisputed record, and the controlling constitutional and enacted authority, it appears that Petitioner is presently restrained of liberty through executive enforcement without a constitutionally valid judgment issued by a constitutional court and without enacted authority permitting administrative restraint of liberty.

It further appears that Respondent has failed to produce lawful authority authorizing present custody, and that continued restraint is therefore unlawful as a matter of fact and law.

**IT IS HEREBY ORDERED** that:

1. Petitioner Courtney Anne Kelton is immediately discharged from all custody and restraint imposed under color of Idaho authority.

2. All supervision, intensive supervision, electronic monitoring, reporting requirements, bodily testing, counseling mandates, schedule restrictions, and movement limitations imposed upon Petitioner are terminated forthwith.

3. All persons acting directly or indirectly under authority claimed by the Idaho Department of Correction are enjoined from enforcing, continuing, or reimposing any restraint upon Petitioner's liberty absent a constitutionally valid judicial order issued by a constitutional court.

4. This Order is effective immediately upon entry.


SO ORDERED.

Dated: _____



DISTRICT JUDGE FOR THE UNITED STATES