IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF IDAHO

Ex parte:
Courtney Anne Kelton,
Petitioner.

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I. NATURE OF EMERGENCY RELIEF

Petitioner seeks immediate injunctive relief to temporarily restrain continued enforcement of custodial supervision pending adjudication of the Petition for Writ of Habeas Corpus and Writ of Quo Warranto. This Motion does not seek a merits determination. It seeks only to preserve liberty and prevent irreparable constitutional injury while the Court determines whether Respondent possesses lawful authority to restrain liberty at all.

Custody is ongoing and enforced under threat of incarceration. Emergency relief is therefore necessary to maintain the status quo ante pending judicial determination of authority.

## IV. IRREPARABLE HARM

Petitioner remains subject to ongoing restraint of liberty enforced through electronic monitoring, compelled reporting, bodily testing, and threat of incarceration. Each day of continued enforcement constitutes a renewed constitutional injury pending resolution of authority.

Absent temporary injunctive relief, Petitioner remains exposed to arrest, sanction, or escalation without lawful authority before the Court can adjudicate the underlying Petition.

## V. BALANCE OF EQUITIES

Temporary restraint of enforcement preserves the status quo and prevents ongoing constitutional injury while authority is adjudicated. Granting relief does not adjudicate guilt, dismiss charges, or impair any lawful judicial function. It merely suspends enforcement pending determination of lawful authority.

## VI. PUBLIC INTEREST

The public interest is served by preventing restraint of liberty without lawful judicial authority and by ensuring that executive enforcement does not exceed constitutional limits while the Court determines jurisdiction and power.

## VII. SCOPE OF TEMPORARY RESTRAINING RELIEF (NARROWED)

Petitioner seeks a temporary restraining order limited to suspension of custodial enforcement, specifically:

- enforcement of electronic monitoring,
- enforcement of intensive supervision reporting requirements,
- enforcement of compulsory bodily testing, and
- enforcement of arrest, detention, or sanction for alleged non-compliance with supervision conditions

This Motion does not seek affirmative relief beyond suspension of enforcement pending adjudication.

## VIII. EX PARTE NECESSITY

Ex parte relief is warranted because Petitioner is presently subject to custodial enforcement that may result in arrest or sanction without advance notice. The purpose of this Motion is to preserve liberty pending adjudication of authority. Providing prior notice would risk continued enforcement before the Court has an opportunity to act.

This request is narrowly tailored and seeks only to maintain the status quo pending judicial review.

Page | 4

IX. REQUEST FOR PROMPT HEARING

Given the ongoing restraint of liberty, Petitioner respectfully requests that the Court set this matter for prompt hearing at the Court's earliest availability, including same-day or expedited consideration if practicable, to determine whether continued enforcement is lawful.

Respectfully presented.

Courtney Anne Kelton
Petitioner, sui juris
Date: January 16, 2026

(Contact information of file)