IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF IDAHO

Ex parte:
Courtney Anne Kelton,
Petitioner.

**[PROPOSED] ORDER GRANTING EMERGENCY TEMPORARY RESTRAINING ORDER**

Upon consideration of the Emergency Motion for Temporary Restraining Order, it appears that Petitioner is subject to ongoing custodial enforcement without a constitutionally valid judicial judgment authorizing such restraint and that temporary relief is necessary to preserve liberty pending adjudication of authority.

IT IS HEREBY ORDERED that:

1. Respondent and all persons acting under color of Idaho authority are TEMPORARILY RESTRAINED from enforcing custodial supervision against Petitioner, including electronic monitoring, intensive supervision reporting, compulsory bodily testing, and arrest or sanction for alleged supervision non-compliance.

2. This Order preserves the status quo and does not adjudicate the merits of the underlying Petition.

3. This Order shall remain in effect pending further order of the Court following prompt hearing or adjudication of the Petition for Writ of Habeas Corpus and Writ of Quo Warranto.

4. No bond is required.

5. This Order is effective immediately upon entry.

SO ORDERED.

Dated: _____

DISTRICT JUDGE FOR THE UNITED STATES