Kelton Courtney
11540A MacGregor Road
Belgrade, Montana
[59714]

Clerk of Court
District Court of the
United States
550 W Fort St., Room 400
Boise, ID
83724

U.S. MARSHAL
JAN 27 RCVD
EXAMINED

9589 0730 5270 2653 6829 44

CERTIFIED MAIL



Retail

U.S. POSTAGE PAID
FCM LG ENV
BELGRADE, MT 597
JAN 24, 2026
$11.60
R2304M115341-01

83724
RDC 99